ACCEPTED
12-14-00360-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/18/2015 10:45:47 AM
CATHY LUSK
CLERK

## NO. 12-14-00360-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2013-0659

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/18/2015 10:45:47 AM
CATHY LUSK
Clerk

| | | |
|---|---|---|
| **TANIHSA RUTH** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

### MOTION TO SUBSTITUTE COUNSEL ON APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Tanisha Ruth, Appellant, and brings this Motion to Substitute Counsel, requesting the Court grant permission for Jerry N. Whiteker to withdraw and to substitute Albert J. Charanza, Jr., as attorney of record for Appellant in this cause, and in support thereof would show:

1.    Jerry N. Whiteker was previously court appointed to represent Appellant in this cause. Appellant no longer desires to be represented by Jerry N. Whiteker.

2.    Albert J. Charanza, Jr. has been employed to represent Tanisha Ruth in this case. Tanisha Ruth approves this substitution, as evidenced by Tanisha Ruth's signature on this motion. This Motion is not brought for delay, but to allow Appellant to be represented by counsel of her choice.

**WHEREFORE, PREMISES CONSIDERED,** Tanisha Ruth prays that the Court enter an order allowing Jerry N. Whiteker to withdraw from representing Appellant and to substitute Albert J. Charanza, Jr., as attorney of record in this cause.

Respectfully submitted,

_____
Tanisha Ruth, Appellant

_____
Albert J. Charanza, Jr.
Charanza Law Office, P.C.
Post Office Box 1825
412 South First Street
Lufkin, Texas 75902
Tel: (936) 634-8568
Fax: (936) 634-0306
State Bar No. 00783820
Attorney for Tanisha Ruth

## CERTIFICATE OF SERVICE

This is to certify that on February 18 2015 a true and correct copy of the **MOTION TO SUBSTITUTE COUNSEL ON APPEAL** was served on the District Attorney's Office, Angelina County, 215 East Lufkin Avenue, Lufkin, Texas 75901, by hand delivery and Jerry N. Whiteker, attorney at law, via facsimile.

_____
Albert J. Charanza, Jr.

**NO. 12-14-00360-CR**

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2013-0659

| | | |
|---|---|---|
| **TANIHSA RUTH** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

**ORDER ON MOTION TO SUBSTITUTE COUNSEL**

On _____, 2015, the Court considered Appellant Tanisha Ruth's Motion to Substitute Counsel on Appeal in which she asked the court to allow Jerry N. Whiteker's withdrawal and the substitution of Albert J. Charanza, Jr. as attorney of record in this appeal.

The Court finds that the motion has merit and should be granted.

It is therefore ordered that Jerry N. Whitekeris discharged as attorney of record, and Albert J. Charanza, Jr. is substituted as attorney of record for Tanisha Ruth

All papers in this appeal should hereafter be served on Albert J. Charanza, Jr., State Bar Number: 00783820, at P.O. Box 1825, Lufkin, Texas, 75902 Telephone Number : (936) 634-8568, Fax Number: (936) 634-0306, email charanzalaw@consolidated.net.

Signed on _____, 2015.


_____
JUDGE PRESIDING